UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80230-CIV-RYSKAMP/VITUNAC

VICTOR FIGUEROA, et al.,

    Plaintiffs,

v.

GOLD STAR TOWING, INC. d/b/a
KING'S WRECKER SERVICE, INC.,

    Defendant.
_____/

## ORDER GRANTING BY DEFAULT DEFENDANT'S MOTION TO COMPEL PLAINTIFF VICTOR FIGUEROA TO ATTEND DEPOSITION AND MOTION FOR SANCTIONS

THIS CAUSE comes before the Court pursuant to Defendant's Motion to Compel Plaintiff Victor Figueroa to Attend Deposition and Motion for Sanctions, filed August 17, 2007 **[DE 18]**.  Plaintiff has not responded to the motion.

Counsel for Defendant noticed Plaintiff for deposition on August 10, 2007.  On August 9, 2007, counsel for Plaintiff informed counsel for Defendant that he had lost contact with his client and that he would not be appearing at the depositions.  Plaintiff failed to appear at the August 10, 2007 deposition.

Defendant requests the Court to enter an order compelling Plaintiff to appear for deposition at Defendant's counsel's offices within 10 days of the date of this order.  The Court has authority to compel a party's attendance at deposition.  See Buchanan v. Bowen, 820 F.2d 359, 360-61 (11th Cir. 1987).

Defendant requests its reasonable attorneys' fees and costs associated with the instant

2

motion pursuant to Fed.R.Civ.P. 37(a)(4)(A).  Counsel for Defendant spent 2.5 hours of time on the instant motion at a rate of $300.00 per hour.  Accordingly, Defendant request $750.00 in fees.  The Court appreciates the thoroughness of this motion, but does not believe that such a straightforward motion to compel actually requires 2.5 hours of attorney time.  Accordingly, the Court will reduce the time spent on this motion to 1.5 hours and award counsel for Defendant $450.00.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED by default pursuant to Local Rule 7.1(C).  Plaintiff shall appear for deposition at Defendant's counsel's offices within 10 days of the date of this Order.  Defendant shall receive $450.00 as compensation for costs and expenses incurred in the filing of this motion.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 23rd day of October, 2007.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE